## General State Authority v. James

*Hopkin T. Rowlands* and *Allen M. Kluger*, for plaintiffs.

*Donald O. Coughlin*, for defendant.

PINOLA, J., September 19, 1955.—This matter is before us on a motion for judgment on the pleadings filed by defendants.

Plaintiff filed a complaint for specific performance of a written option agreement to which defendants filed preliminary objections. Following a court decision on those objections, plaintiff amended its complaint. Now defendants ask for judgment on the pleadings. Pa. R. C. P. 1034, specifically declares that a motion for judgment on the pleadings may be filed only after the pleadings are closed; here they are not closed. The complaint is the only pleading filed to date.

Were it not for the fact that all preliminary objec-

tions must be made at one time (Pa. R. C. P. 1028(b)) we might consider the motion as a demurrer. However, this motion raises a point which could have been raised against the original complaint and defendants waived it by not then raising it.

We are, therefore, required to enter the following

*Order*

Defendant's motion for judgment is denied.